TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00693-CR

NO. 03-09-00694-CR






Lawrence Joiner, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT

NOS. 13678 & 13679, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N



 Lawrence Joiner pleaded guilty to the offenses of aggravated robbery and tampering
with evidence. Tex. Penal Code Ann. § 29.03 (West 2003), § 37.09 (West Supp. 2009). At his
request, a jury trial was held on punishment for both convictions. Joiner appeals the jury's sentences
of thirty years and ten years running concurrently for the respective offenses of aggravated robbery
and evidence tampering.

 Joiner's court-appointed attorney filed a brief in each case concluding that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there
are no arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974);
Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137
(Tex. Crim. App. 1969). Joiner received a copy of counsel's brief and was advised of his right to
examine the appellate record and to file a pro se brief. No pro se brief has been filed.

 We have reviewed the record and counsel's brief and agree that the appeal is frivolous
and without merit. We find nothing in the record that might arguably support the appeal. See
Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Counsel's motion to withdraw
is granted.

 The judgments are affirmed.



 

 G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Affirmed

Filed: August 3, 2010

Do Not Publish